JUDGE _____ DAVID HITTNER _____

CASE MANAGER __ELLEN ALEXANDER__   RPTR/~~TAPE~~ _Bruce Slavin_

INTERPRETER __N/A__

TIME _____ | _____ A.M. | 1:55 | 2:30 P.M.   DATE _3/11/15_
       begin     end         begin   end

CR. NO. __H-15-88__   DEFT. NO. __01__

UNITED STATES OF AMERICA              §   __Tina Ansari__ AUSA
VS.                                   §
                                      §
__Ebelenwa Chudy Onwuuguje__          §   __Steven Shellist__ (R) ☐ CJA

## ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.     ☐ Arraignment  ☑ Rearraignment   held on cts · 1 _____.

☑ kpl.              Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).

☑ kwvindi.          Indictment waived.

☑ kplag.            PLEA AGREEMENT: _Rule 11(c)(1)(A) + (B)_
                    _____
                    _____
                    _____

☑ . . .             Order for PSI setting Disclosure and Sentencing dates signed.

☐ kwvpsi.           PSI waived.

☑ ksen.             Sentencing set _June 5, 2015_ at _2:15 pm_.

☐ kjytrl.           Jury trial set _____ at _____.

☐ ko.(bnd.)         Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ . . .             Deft failed to appear, bench warrant to issue.

☑ . . .             Deft bond ☑ continued  ☐ forfeited.

☐ . . .             Deft remanded to custody.

☑ . . .             Terminate other settings for this deft.   ☑ Terminate motions for this deft.
                    OTHER PROCEEDINGS: _____
                    _____
                    _____
                    _____
                    _____

Copy to:    USPO